**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  RISE SITOSKI | : | NO. 20-11714 |
| Debtor, | : | |
| | : | |
| | : | CHAPTER 13 |

**ORDER**

**AND NOW,** this 12th day of January 2023, upon application of counsel for debtor for approval of fee, it is hereby **ORDERED** that the fee previously disclosed of $2,500.00 pursuant to Bankruptcy Rule 2016(b) is approved with $1,400.00 being paid through the plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

.

**Interested Parties:**

LAW OFFICE OF NATHAN SNYDER
BY: Nathan Snyder, Esquire
3070 Bristol Pike, Bldg 2-204
Bensalem, PA 19020
215-722-8200

**Debtor, Trustee & Creditors**